11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jerry Allen,                                  * From the 70th District
                                                Court of Ector County,
                                                Trial Court No. A-67,038.

Vs. No. 11-12-00233-CV                        * August 30, 2013

Union Standard Ins. Co.,                      * Memorandum Opinion by Willson, J.
                                                (Panel consists of: Wright, C.J.,
                                                McCall, J., and Willson, J.)


        This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed and the cause is remanded.   The costs incurred by reason of this appeal are taxed against Union Standard Ins. Co.